UNITED STATES of America,
Plaintiff–Appellee,

v.

Jerrod Devaughn MOORE, a/k/a Pun,
a/k/a Big Pun, Defendant–
Appellant.

No. 15–7323.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

Jerrod Devaughn Moore, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerrod Devaughn Moore appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moore*, No. 4:14–cr–00259–RBH–10 (D.S.C., Aug. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*